**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

FESEHATSION GEZAHEY,

                Plaintiff,                Civil Action No. 22-2838 (JMC)

      v.

GREATER WASHINGTON ONCOLOGY
ASSOCIATES/ AMERICAN ONCOLOGY
NETWORK,

                Defendant.

## <u>ORDER</u>

For the reasons stated in the accompanying Memorandum Opinion, Defendant's Motion to Dismiss, ECF 5, is DENIED. Defendant's Motion for a More Definite Statement is likewise DENIED.

**SO ORDERED.**

DATE: February 16, 2023

 

 

Jia M. Cobb
U.S. District Court Judge